UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAW FAUSETT,

        Plaintiff,                  Case No. 2:08-CV-01724-RLH-VPC

vs.

LEBLANC, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/             **AD TESTIFICANDUM**

        MICHAEL SHAW FAUSTEE, inmate #C-47902, a necessary and material witness in proceedings in this case on October 20, 2009, is confined in Mule Creek State Prison, P.O. Box 409040, Ione, California 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at Mule Creek State Prison on **Wednesday, October 28, 2009**, at **10:00 AM.**

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, P.O. Box 409040, Ione, California 95640:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 20, 2009

                                                    _/s/ Valerie P. Cooke_
                                                   UNITED STATES MAGISTRATE JUDGE