UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| MICHAEL SHAW FAUSETT, | ) | CASE NO. 2:08-CV-01724-RLH-VPC |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF PROCEEDINGS |
| | ) | |
| vs. | ) | DATE:  October 28, 2009 |
| | ) | |
| LEBLANC, et al., | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:     Lisa Mann          Reporter:   FTR
Counsel for Plaintiff(s):     Michael Fausett
Counsel for Defendant(s):     Kathleen Williams

PROCEEDINGS:  TELEPHONIC STATUS CONFERENCE

10:08 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and advises the parties the Court is interested in discussing the possibility of conducting a mediation and addressing a scheduling order in this action.

Having heard from the parties and good cause appearing, the Court finds as follows:

1. Ms. Williams is directed to forward a standard release of medical records to the plaintiff by no later than **Monday, November 2, 2009**.

2. Ms. Williams is further directed to file a notice with the Clerk of Court advising that she is in receipt of the plaintiff's medical records.

3. Thereafter, the Court will schedule another telephonic status conference within thirty (30) days of defendants receipt of the plaintiff's medical records.

**IT IS SO ORDERED**

10:20 a.m.  Court adjourns.

LANCE S. WILSON, CLERK
By:            /s/
Lisa Mann, Deputy Clerk