IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAW FAUSETT,

        Plaintiff,                      No. 2:08-CV-01724-RLH (VPC)

    vs.

LEBLANC, et al.,                    ORDER

        Defendants.
_____/

        Pursuant to the court's order dated January 27, 2010 (#25), the Clerk shall **SEND** to plaintiff, one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed July 25, 2008 (#1).

        Within thirty days from the date of this order, plaintiff shall complete the attached notice of submission of documents and submit all of the following document to the court at the same time:

        a.     the completed, signed notice of submission of documents;

        b.     one completed summons for **Registered Nurse Cooper**;

        c.     one completed USM-285 form for defendant **Registered Nurse Cooper**; and

        d.     one copy of the complaint filed July 25, 2008.

1

Plaintiff shall not attempt to effect service of the complaint upon defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAW FAUSETT,

        Plaintiff,                    No. 2:08-CV-01724-RLH (VPC)

  vs.

LEBLANC, et al.,                      NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order dated _____.

     _____ completed summons form for **Registered Nurse Cooper**

     _____ completed USM-285 form

     _____ copy of the complaint.

Dated: _____.

                                                               _____
                                                               Plaintiff