## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAW FAUSETT,

        Plaintiff,                      Case No. 2:08-CV-01724-RLH-VPC

  vs.

LEBLANC, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

      MICHAEL SHAW FAUSETT, inmate #C-47902, a necessary and material witness in proceedings in this case on April 27, 2010, is confined in Mule Creek State Prison, P.O. Box 409040, Ione, California 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at Mule Creek State Prison on **Tuesday, May 25, 2010** at **2:00 p.m.**

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Mule Creek State Prison, P.O. Box 409040, Ione, California 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 27, 2010

                                                                         _/s/ Valerie P. Cooke_
                                                                 UNITED STATES MAGISTRATE JUDGE