1

2

3

4

5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

6 | MICHAEL FAUSETT,                              )          2:08-CV-1724-RLH (VPC)
                                                 )
7 |           Plaintiffs,                        )
                                                 )          **REPORT AND RECOMMENDATION**
8 |      vs.                                      )          **OF U.S. MAGISTRATE JUDGE**
                                                 )
9 | NURSE LeBLANC, et al.,                        )
                                                 )
10 |          Defendants.                         )
    _____     )

11

12     This report and recommendation is made to the Honorable Roger L. Hunt, United States District

13 Judge.   The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §

14 636(b)(1)(B) and LR 302.

15     On January 27, 2010, the court granted plaintiff's motion for a sixty-day extension of time to

16 locate and serve a defendant, Nurse Cooper (#25).  Nurse Cooper was duly served, and plaintiff then

17 propounded written discovery on Nurse Cooper.  At the August 26, 2010 case management conference,

18 plaintiff requested that he be allowed to propound additional written depositions on Nurse Cooper;

19 however, defendants' counsel reported to the court that the employment records revealed that Nurse

20 Cooper was not working at the medical facility during the period of time giving rise to plaintiff's

21 allegations in the complaint.  Nurse Cooper also verified her answers to interrogatories and stated that

22 she was not employed at the medical facility at issue in this case during the time period alleged in

23 plaintiff's complaint.

24     Based on the foregoing, the undersigned Magistrate Judge recommends that Nurse Cooper

25 dismissed as a defendant in this action.

26     The parties should be aware of the following:

27     1.     They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 304(b) of the Local Rules

28 of Practice, specific written objections to this Report and Recommendation within fourteen (14) days

of receipt.   These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

    2.    This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

**RECOMMENDATION**

    For the reasons stated above, the undersigned Magistrate Judge recommends that the District Judge enter an Order **DISMISSING** Nurse Cooper as a defendant in this action.

    DATED:   September 27, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2