# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

\* \* \*

| | | |
|---|---|---|
| MICHAEL FAUSETT, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:08-CV-1724-RLH (VPC) |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| NURSE LeBLANC, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#85, filed September 28, 2010), entered by the Honorable Valerie P. Cooke, regarding the dismissal of Nurse Cooper. Plaintiff's Objections (#86) was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule 72-304(b) of the Rules of Practice of the United States District Court for the Eastern District of California, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rules 72-303 and -304 and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

1 IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#85, entered September 28, 2010) is ACCEPTED and ADOPTED, and Nurse Cooper is
3 dismissed as a defendant in this action.

    Dated:   November 3, 2010.

                                              **ROGER L. HUNT**
                                              **Chief U.S. District Judge**