UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FAUSETT, | ) | 2:08-CV-1724-RLH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 17, 2010 |
| | ) | |
| REGISTERED NURSE LeBLANC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Pursuant to the Court's order (#80), the court has determined that the deadline to file dispositive motions in this case is **Wednesday, November 24, 2010**.  The court reminds the parties of the court's previous caution that there would be no further extensions of time.

   IT IS SO ORDERED.

                                        VICTORIA C. MINOR, CLERK

                              By:          /s/
                                        Deputy Clerk