# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

\* \* \*

| | |
|---|---|
| MICHAEL FAUSETT, ) | |
| ) | |
| **Plaintiff(s),** ) | No. 2:08-CV-1724- RLH VPC |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion for Enlargement of Time–#113) |
| REGISTERED NURSE LeBLANC, *et al.,* ) | |
| ) | |
| **Defendant(s).** ) | |

Before the Court is Plaintiff's "Ex-Pedited" Notice of Motion and Motion for Enlargement of Time in Which to File Plaintiff's Opposition to the Defendants' Summary Judgment (#113, filed January 3, 2011). Defendants have responded with a Statement of Non-Opposition to Plaintiff's Motion for a 30-day Extension (#115, filed January 6, 2011) in they are granted the same courtesy. Given the multitude of motions, and for the reasons stated in Plaintiff's Motion and Defendants conditional non-opposition, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted, and he is granted a 30-day extension, from the day his opposition is presently due, in which to file his opposition to Defendants' Motion for Summary Judgment.

1

IT IS FURTHER ORDERED that Defendants are also given a 30-day extension, from January 13, 2011, in which to file oppositions to Plaintiff's three separate motions for summary judgment.

Dated: January 7, 2011.

_____
Roger L. Hunt
Chief United States District Judge